

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-13-00721-CR

Donald **KELLOGG**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 427645
Honorable Jason Wolff, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED August 27, 2014.

_____
Marialyn Barnard, Justice